Submitted April 9, 2001.[1]

Decided April 19, 2001.

UNITED STATES of America,
Plaintiff—Appellee,

v.

Bruno SALGADO–PITA, Defendant—
Appellant.

No. 00–30237.

D.C. No. CR–00–00005–FLV.

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and
RYMER, Circuit Judges.

Before CANBY, KOZINSKI, and
RYMER, Circuit Judges.

MEMORANDUM[2]

Bruno Salgado–Pita appeals the sentence imposed following his guilty plea to being an alien found in the United States after deportation in violation of 8 U.S.C. § 1326.

Salgado–Pita contends that the district court erred by sentencing him pursuant to 8 U.S.C. § 1326(b)(2) when it enhanced his sentence by 16 levels for his prior aggravated felony. Specifically, he argues that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), re-

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

quires that the fact of his prior conviction for an aggravated felony be proved beyond a reasonable doubt. Salgado–Pita's contention is foreclosed by our recent decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 413–14 (9th Cir.2000), *amended* (Feb. 8, 2001). *United States v. Castillo–Rivera*, 244 F.3d 1020 (9th Cir.2001).

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.